1
2
3
4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH T. TOY, et al.,
                     Plaintiffs,

vs.

CLARK COUNTY, et al.,
                     Defendants.

Case No. 2:11-cv-00984-PMP-PAL

**ORDER**

(IFP App - Dkt. #1)

      This matter is before the court on Plaintiffs' Application to Proceed *In Forma Pauperis* (Dkt. #1). The Application was signed by Plaintiff Joseph Toy, but the Complaint alleges claims on behalf of Joseph Toy and Doris Cecelia Toy. Although it appears that Plaintiff Joseph Toy qualifies to proceed *in forma pauperis,* Doris Cecelia Toy has not filed any Application at all, and does the court have any information regarding her financial condition to enable it to determine whether she qualifies to proceed *in forma pauperis.* The Court will screen the Complaint once it determines whether both Plaintiffs qualify to proceed *in forma pauperis.*

      Accordingly,

**IT IS ORDERED:**

1. Plaintiff Doris Cecelia Toy shall file a separate Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate. The Clerk of the Court shall send Plaintiffs a blank application form for *pro se* litigants who are not incarcerated.

2. Alternatively, Plaintiffs shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiffs shall have **thirty days** from the date on which this Order is entered to

|   |   |
|---|---|
| 1 | comply.  Failure to comply will result in a recommendation to the District Judge for |
| 2 | dismissal of this action. |

Dated this 22nd day of August, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE