UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH T. TOY, DORIS CECELIA TOY, <br>     Plaintiffs, <br> vs. <br> CLARK COUNTY, et al., <br>     Defendants. | 2:-11-CV-00984-PMP-PAL <br><br> **ORDER** |

Before the Court for consideration is Plaintiff Joseph Toy's Motion/Application to Proceed *In Forma Pauperis* (Doc. #1), filed on June 15, 2011. On September 27, 2011, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #3) recommending that Plaintiff's Motion/Application to Proceed *In Forma Pauperis* (Doc. #1) should be denied.

On August 22, 2011, Magistrate Judge Leen entered an Order (Doc. #2) requesting Co-Plaintiff, Doris Cecelia Toy to file a separate Application to proceed *In Forma Pauperis*, accompanied by a signed financial certificate. Magistrate Judge Leen, also requested the Clerk of Court to send Plaintiffs a blank application form for *pro se* litigants who are not incarcerated. Plaintiffs were given 30 days from the date of Magistrate Judge Leen's Order to make the necessary arrangements to pay the filing fee of $350.00, accompanied by a copy of her Order (Doc. #2), and failure

to do so would result in a recommendation for the District Judge to dismiss this action.  Plaintiffs have failed to comply and the time to do so has now expired.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #3) are Affirmed and the Complaint as to Co-Plaintiff Doris Toy is **DISMISSED**.

DATED:  October 11, 2011.

_____
PHILIP M. PRO
United States District Judge